IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IVAN MARKOVIC, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.: 1:21-cv-06628 |
| | ) | |
| TRU FUNDING, LLC, et al., | ) | Hon. Mary M. Rowland |
| | ) | |
| Defendants. | ) | |

## LOCAL RULE 3.2 NOTIFICATION AS TO AFFILIATES

Pursuant to Local Rule 3.2, defendant PNC Financial Services Group, Inc. ("PNC Financial") states that it is a publicly-traded corporation, and that as of the date of this filing, and to the best of its knowledge, the following entities own more than 5% of PNC Financial: (1) The Vanguard Group, Inc. and (2) Blackrock, Inc.

Dated: March 15, 2021

RESPECTFULLY SUBMITTED,

By: /s/ *Thomas V. Panoff*

Thomas V. Panoff
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637
Telephone: (312) 701-8821
Facsimile: (312) 706-8293
tpanoff@mayerbrown.com

*Counsel for Defendants PNC Financial Services Group, Inc.; Tomislav Todorovic; and Igor Boskovic*