AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

GMT Logistics, Inc., a Missouri
Corporation, and Ivan Markovic,

CASE NUMBER: 21-cv-06628

V.

ASSIGNED JUDGE: Mary Rowland

Giuliano V. Djurkovic,
PNC Financial Services Group, Tomislav Todorovic,
Igor Boskovic, AAA Logistics Group, Inc., et al.,

DESIGNATED
MAGISTRATE JUDGE: Hon. Jeffrey Gilbert

TO: (Name and address of Defendant)

AAA Logistics Group, Inc. a/k/a AAA Freight Inc., a/k/a AAA Equipment a/k/a AAA
Truck Sales LLC a/k/a AAA Holding LLC
Authorized agent
17201 S. State St..
South Holland, IL 60473

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Matthews Law Offices
Stephanie Matthews
155 N. Michigan Ave., #9008
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK



(By) DEPUTY CLERK

March 3, 2022

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 3-7-2022 |
| NAME OF SERVER (PRINT) Lisa Connolly | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Norm Bedak/VP 17201 S State St, South Holland IL 60473

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 25 | 75 | 100 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3-7-2022
Date

Signature of Server: Lisa Connolly

Address of Server: 10300 S. Troy, Chicago IL 60655

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.