IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Ivan Markovic, GMT Logistics Inc.,

Plaintiffs,

v.

Giuliano Vladimir Djurkovic, PNC Financial Services Group, Tomislav Todorovic, Igor Boskovic, AAA Logistics Group Inc, Antonije Keljevic, Alex Petrusevski, TRU Funding, LLC, Vlad Kostic, UnitedWS Inc. Boris Jager, Cello Partnership, d/b/a Version Wireless, and AAA Holding, LLC

Defendants.

Case No. 21-cv-6628
Judge Mary M. Rowland

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes      pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant Cello Partnership d/b/a Verizon Wireless
and against plaintiffs Ivan Markovic and GMT Logistics Inc.

.

Defendant shall recover costs from plaintiffs.

☒ other: Defendants PNC Bank, N.A.; Tomislav Todorovic; and Igor Boskovicas as the "PNC Defendants", and AAA Freight, Inc., AAA Truck Sales, LLC, AAA Equipment, LLC, AAA Holding Group, LLC, Antonije Keljevic, Alex Petrusevski, Vlad Kostic, and TRU Funding, LLC as the "AAA Defendants". UnitedWS and Mr. Jager are the "UnitedWS Defendants are dismissed with prejudice. Defendant Giuliano Djurkovic is dismissed without prejudice pursuant to FRCP 4(m).

This action was *(check one)*:

☐ tried by a jury with Judge Mary M. Rowland presiding, and the jury has rendered a verdict.

☐ tried by Judge Mary M. Rowland without a jury and the above decision was reached.
☒ decided by Judge Mary M. Rowland on a motion to dismiss.


Date: 6/25/2024                                    Thomas G. Bruton, Clerk of Court

                                                   Dawn A. Moreno, Deputy Clerk